**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of  Delaware
(State)

Case number (*If known*): _____  Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Triangle USA Petroleum Corporation | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number** (EIN) | 98 – 0550717 | |
| **4. Debtor's address** | **Principal place of business** <br> 1200  17th Street <br> Number  Street <br> Suite 2500 <br> Denver    CO    80202 <br> City    State    ZIP Code <br><br> Denver <br> County | **Mailing address, if different from principal place of business** <br> _____ <br> Number  Street <br> _____ <br> P.O. Box <br> _____ <br> City    State    ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> _____ <br> Number  Street <br> _____ <br> _____ ND <br> City    State    ZIP Code |
| **5. Debtor's website** (URL) | www.trianglepetroleum.com, the website of the non-Debtor parent company of Triangle USA Petroleum Corporation | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor  __Triangle USA Petroleum Corporation_____    Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   2  1  1  1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                       MM / DD / YYYY
        District _____  When _____  Case number _____
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor __See Schedule 1_____  Relationship __Affiliate_____
       District __Delaware_____  When __Date Hereof__
                                            MM / DD / YYYY
       Case number, if known _____

Debtor  Triangle USA Petroleum Corporation  
      Name

Case number (*if known*)_____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No  
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
              Number        Street

_____

_____
City                                State     ZIP Code

**Is the property insured?**

☐ No  
☐ Yes. Insurance agency _____
        Contact name  _____
        Phone  _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.  
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49  
☐ 50-99  
☐ 100-199  
☐ 200-999  

☒ 1,000-5,000  
☐ 5,001-10,000  
☐ 10,001-25,000  

☐ 25,001-50,000  
☐ 50,001-100,000  
☐ More than 100,000  

**15. Estimated assets**

☐ $0-$50,000  
☐ $50,001-$100,000  
☐ $100,001-$500,000  
☐ $500,001-$1 million  

☐ $1,000,001-$10 million  
☐ $10,000,001-$50 million  
☐ $50,000,001-$100 million  
☐ $100,000,001-$500 million  

☒ $500,000,001-$1 billion  
☐ $1,000,000,001-$10 billion  
☐ $10,000,000,001-$50 billion  
☐ More than $50 billion  

---

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page **3**

Debtor  **Triangle USA Petroleum Corporation**  
     Name

Case number (if known) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☒ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/29/2016  
             MM / DD / YYYY

X _[signature]_  
Signature of authorized representative of debtor

Ashley Garber  
Printed name

Title  Secretary

**18. Signature of attorney**

X _[signature]_  
Signature of attorney for debtor

Date  06/29/2016  
     MM / DD / YYYY

Sarah E. Pierce  
Printed name

Skadden, Arps, Slate, Meagher & Flom LLP  
Firm name

One  Rodney Square, P.O. Box 636  
Number  Street

Wilmington  
City

DE  
State

19899-0636  
ZIP Code

(302) 651-3000  
Contact phone

sarah.pierce@skadden.com  
Email address

4648  
Bar number

DE  
State

## SCHEDULE 1 – AFFILIATED DEBTORS

The following list identifies all of the affiliated entities, including the Debtor filing this petition, that have filed voluntary petitions for relief in this Court under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, as amended, substantially contemporaneously with the filing of this petition.

1. Triangle USA Petroleum Corporation
2. Foxtrot Resources LLC
3. Leaf Minerals, LLC
4. Ranger Fabrication, LLC
5. Ranger Fabrication Management Holdings, LLC
6. Ranger Fabrication Management, LLC

| Fill in this information to identify the case: | |
|---|---|
| **Debtor Name: Triangle USA Petroleum Corporation, et al.**<br>**United States Bankruptcy Court for the District of Delaware**<br>**Case Number (if known):_____** | ☐ Check if this is an amended filing |

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **WILMINGTON TRUST, NA**<br>1110 NORTH MARKET ST, 5TH FLOOR<br>WILMINGTON, DE 19890 | ATTENTION: RITA MARIE RITROVATO (P)<br>rritrovato@wilmingtontrust.com<br>302-636-4140 (F) | TUSA Senior Notes | | $0 | $0 | $392,508,569 |
| 2 | **NOBLE DRILLING LLC**<br>1925 SOUTH TIMBERLINE OFFICE BUILDING<br>FORT COLLINS CO 80525 | CHIEF FINANCIAL OFFICER<br>970-631-8428 (P) | Trade Payable | | $0 | $0 | $261,005 |
| 3 | **STV/GWD**<br>621 17TH STREET, SUITE 1200<br>DENVER CO 80202 | CHIEF FINANCIAL OFFICER<br>303-951-9300 (P)<br>melissa.petrillo-shirey@stvinc.com<br>303-951-9318 (F) | Trade Payable | | $0 | $0 | $230,000 |
| 4 | **MCKENZIE ELECTRIC CO-OP**<br>PO BOX 649<br>WATFORD CITY ND 58854 | CHIEF FINANCIAL OFFICER (P) | Trade Payable | | $0 | $0 | $220,940 |
| 5 | **WEATHERFORD US LP**<br>PO BOX 301003<br>DALLAS TX 75303-1003 | CHIEF FINANCIAL OFFICER (P) | Trade Payable | | $0 | $0 | $219,836 |
| 6 | **LUFKIN INDUSTRIES INC**<br>PO BOX 301199<br>DALLAS TX 75303-1199 | CHIEF FINANCIAL OFFICER<br>970-285-1096 (P) | Trade Payable | | $0 | $0 | $216,408 |
| 7 | **SUN WELL SERVICE INC**<br>PO BOX 204594<br>DALLAS TX 75320-4594 | CHIEF FINANCIAL OFFICER (P) | Trade Payable | | $0 | $0 | $198,210 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8  **CANARY LLC**<br>PO BOX 670257<br>DALLAS TX 75267-0257 | CHIEF FINANCIAL OFFICER<br>970-522-4761 (P) | Trade Payable | | $0 | $0 | $191,503 |
| 9  **KELLY TOOLS LLC**<br>PO BOX 168688<br>IRVING TX 75016 | CHIEF FINANCIAL OFFICER<br>701-509-9220 (P) | Trade Payable | | $0 | $0 | $186,169 |
| 10  **INDUSTRIAL PIPING SPECIALISTS**<br>PO BOX 581270<br>TULSA OK 78158 | CHIEF FINANCIAL OFFICER<br>(P)<br>jsvejkovsky@ipipes.com | Trade Payable | | $0 | $0 | $180,228 |
| 11  **WESTERN FALCON INC**<br>PO BOX 670682<br>DALLAS TX 75267-0682 | CHIEF FINANCIAL OFFICER<br>832-391-9400 (P) | Trade Payable | | $0 | $0 | $169,205 |
| 12  **ENCORE ELECTRIC INC**<br>2107 W COLLEGE AVE<br>ENGLEWOOD CO 80110 | CHIEF FINANCIAL OFFICER<br>(P)<br>Mike.McCabe@EncoreElectric.com | Trade Payable | | $0 | $0 | $167,615 |
| 13  **JENSCO PIPE & EQUIPMENT INC**<br>PO BOX 5208<br>FRISCO CO 80443 | CHIEF FINANCIAL OFFICER<br>303-766-9164 (P)<br>303-766-4778 (F) | Trade Payable | | $0 | $0 | $156,076 |
| 14  **L&K ELECTRIC**<br>PO BOX 670367<br>DALLAS TX 75267 | CHIEF FINANCIAL OFFICER<br>(P) | Trade Payable | | $0 | $0 | $143,822 |
| 15  **1ST RATE ENERGY SVCS INC**<br>116 INVERNESS DR E #275<br>ENGLEWOOD CO 80112 | CHIEF FINANCIAL OFFICER<br>18558968378 (P)<br>403-887-4750 (F) | Trade Payable | | $0 | $0 | $117,434 |
| 16  **DNOW LP**<br>PO BOX 200822<br>DALLAS TX 75320-0822 | CHIEF FINANCIAL OFFICER<br>713-237-3700 (P) | Trade Payable | | $0 | $0 | $113,149 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **17 BASIC ENERGY SERVICES LP**<br>PO BOX 841903<br>DALLAS TX 75284-1903 | CHIEF FINANCIAL OFFICER<br>(P) | Trade Payable | | $0 | $0 | $109,241 |
| **18 NALCO CHAMPION**<br>PO BOX 730005<br>DALLAS TX 75373-0005 | CHIEF FINANCIAL OFFICER<br>18772883173 (P)<br><br>18772883174 (F) | Trade Payable | | $0 | $0 | $108,225 |
| **19 SLAUGH FISHING SERVICES INC**<br>PO BOX 790130<br>VERNAL UT 84079 | CHIEF FINANCIAL OFFICER<br>(P) | Trade Payable | | $0 | $0 | $106,804 |
| **20 QUESTAR ENERGY SERVICES INC**<br>PO BOX 45360<br>SALT LAKE CITY UT 84145-0360 | CHIEF FINANCIAL OFFICER<br>307-352-7220 (P) | Trade Payable | | $0 | $0 | $104,876 |

Fill in this information to identify the case and this filing:

Debtor Name: Triangle USA Petroleum Corporation

United States Bankruptcy Court for the: _____ District of Delaware
(State)

Case number (*If known*): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/29/2016
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

Ashley Garber
Printed name

Secretary
Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
TRIANGLE USA PETROLEUM : Case No. _____ (___)
CORPORATION, :
: (Joint Administration Pending)
Debtor. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CORPORATE OWNERSHIP STATEMENT OF**
**TRIANGLE USA PETROLEUM CORPORATION**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the organizational chart attached hereto as **Exhibit 1** identifies all entities having a direct or indirect ownership interest in Triangle USA Petroleum Corporation, the above-captioned debtor and debtor in possession (the "**Debtor**"), and any entity in which the Debtor owns an interest.

**LIST OF EQUITY SECURITY HOLDERS**

The following list sets forth each of the equity security holders of the Debtor, and has been prepared in accordance with Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure.

| Equity Holder | Address of Equity Holder | Number of Units | Type of Units |
|---|---|---|---|
| Triangle Petroleum Corporation | 1200 17th Street Suite 2500 Denver, CO 80202 | 100 | Common Stock |



| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name | Triangle USA Petroleum Corporation |
| United States Bankruptcy Court for the: | District of Delaware (State) |
| Case number (If known): | |

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration  Corporate Ownership Statement, List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/29/2016
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

Ashley Garber
Printed name

Secretary
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

## SECRETARY'S CERTIFICATE

The undersigned, Ashley Garber, Secretary of Triangle USA Petroleum Corporation (the "**Company**"), a Colorado corporation, hereby certifies on behalf of the Company, as the Secretary of the Company, and not in any individual capacity, as follows:

1. I am the duly qualified and elected Secretary of the Company and, as such, am familiar with the facts herein certified, and I am duly authorized to certify same on behalf of the Company.

2. Each of the following person is a duly elected, qualified and acting Manager of the Company:

    Director ................................................................... Jonathan Samuels
    Director ................................................................... Matthew Ray

3. Attached hereto is a true and complete copy of the resolutions of the Board of Directors of the Company.

4. Such resolutions have not been amended, altered, annulled, rescinded, or revoked in any manner and are in full force and effect as of the date hereof.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the 28th day of June, 2016.

*/s/ Ashley Garber*
Ashley Garber

## **ANNEX A**

# RESOLUTIONS
# OF
# THE BOARD OF DIRECTORS
# OF
# TRIANGLE USA PETROLEUM CORPORATION

## June 28, 2016

The board of directors (the "**Board of Directors**") of Triangle USA Petroleum Corporation, a Colorado corporation (the "**Corporation**"), does hereby consent in writing pursuant to the Colorado Business Corporation Act and pursuant to the Bylaws of the Corporation (the "**Bylaws**"), at a duly convened meeting, does hereby consent to the adoption of, and hereby adopts, the following resolutions:

Chapter 11 Filing

**WHEREAS**, the Board of Directors has been presented with and has reviewed the terms and provisions of a proposed petition (the "**Chapter 11 Petition**") to be filed by the Corporation in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"); and

**WHEREAS**, the Board of Directors has determined that it is advisable and in the best interests of the Corporation and its stakeholders that the Corporation file the Chapter 11 Petition.

**NOW, THEREFORE, BE IT RESOLVED**, that the form, terms, and provisions of the Chapter 11 Petition are hereby approved, and the Corporation is hereby authorized, empowered, and directed to file the Chapter 11 Petition, in substantially the form presented to the Board of Directors, and with such changes as the President, Chief Executive Officer, Chief Financial Officer, Chief Restructuring Officer, Secretary, and the other officers of the Corporation (each, an "**Authorized Officer**," and, collectively, the "**Authorized Officers**") may deem appropriate or advisable, the filing whereof being conclusive proof of such determination;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them, with the full authority to act without the others, hereby is authorized, empowered, and directed in the name and on behalf of the Corporation to take any and all actions in connection with the chapter 11 case (the "**Chapter 11 Case**") with a view to the successful prosecution of the case, including, without limitation, seeking authority for the Corporation to operate as a debtor in possession;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is, authorized, empowered, and directed, in the name and on behalf of the Corporation, to execute and verify the Chapter 11 Petition and to cause the same to be filed in the Bankruptcy Court in such form and at such time as the Authorized Officer executing said petition on behalf of the Corporation shall determine, the filing whereof being conclusive proof of such determination;

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is, authorized, empowered, and directed in the name and on behalf of the Corporation, to execute and file, deliver, or cause to be executed, delivered, and filed (or to direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, including any modifications, amendments, or supplements thereto, and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, or other professionals and to take any and all other action with a view to the successful prosecution of the case which they or any one of them may deem necessary, advisable, or appropriate in connection with the Chapter 11 Case contemplated hereby, including, without limitation, negotiating and obtaining the use of cash collateral, and executing, delivering, and performing any and all documents, agreements, certificates, and/or instruments in connection with such use of cash collateral, the taking of any such action conclusively evidencing such determination, and also including taking any action on behalf of subsidiaries of the Corporation, including, without limitation, executing and delivering any written consents or other documents as member of such subsidiaries;

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by any Authorized Officer to seek relief for the Corporation under chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 Case, or any matter related thereto, be, and they hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Corporation;

<u>Retention of Advisors</u>

**FURTHER RESOLVED**, that the law firm of Skadden, Arps, Slate, Meagher & Flom LLP and its affiliates be, and they hereby are, employed under general retainer as attorneys for the Corporation in the Chapter 11 Case;

**FURTHER RESOLVED**, that AP Services, LLC (or its affiliates) be, and they hereby are, employed to provide financial and restructuring advisory services to the Corporation in the Chapter 11 Case;

**FURTHER RESOLVED**, that PJT Partners Inc. (or its affiliates) be, and they hereby are, employed as investment banker for the Corporation in the Chapter 11 Case;

**FURTHER RESOLVED**, that Prime Clerk LLC (or its affiliates) be, and they hereby are, employed as claims and noticing agents and administrative advisors for the Corporation in the Chapter 11 Case;

Appointment of Officers

**FURTHER RESOLVED**, that John R. Castellano be, and he hereby is, appointed as Chief Restructuring Officer of the Corporation, with such powers and duties as may be delegated from time to time by the Board of Directors and with such additional authority and duties as are incident to the office of Chief Restructuring Officer, to hold such office and to serve in accordance with the Bylaws of the Corporation, and at the discretion of the Board of Directors, and shall report to the President, Chief Executive Officer, Chief Financial Officer, Secretary, and Board of Directors, as applicable;

Fees and Expenses

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is, authorized, empowered, and directed, in the name and on behalf of the Corporation, to incur and pay or cause to be paid all such fees and expenses as in their judgment shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions, the making of any such payment conclusively to evidence the due authorization and approval thereof by the Board of Directors;

General

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is, authorized, empowered, and directed, in the name and on behalf of the Corporation, to take any and all such actions, and to execute and deliver or cause to be executed and delivered under seal of the Corporation or otherwise, such agreements, certificates, undertakings, instruments, and any and all other documents and amendments necessary or appropriate to facilitate the transactions contemplated by the foregoing resolutions, containing such provisions, terms, conditions, covenants, warranties, and representations as may be deemed necessary or appropriate in connection with the Chapter 11 Case, the use of cash collateral, or any matter related thereto, including, without limitation, authorizing and effectuating the filing of the Chapter 11 Petition, the taking of any such action or the execution and delivery of such agreements, certificates, undertakings, instruments, documents, or amendments conclusively to evidence the due authorization and approval thereof by the Board of Directors;

**FURTHER RESOLVED**, that all actions heretofore taken by any director, officer, or employee of the Corporation, on or prior to the date hereof, in the name and on behalf of the Corporation in connection with any of the matters contemplated by the

4

foregoing resolutions are in all respects authorized, ratified, approved, confirmed, and adopted as the acts and deeds by and on behalf of the Corporation as fully as if such actions had been presented to the Board of Directors for its prior approval.