## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                :
In re:                                                          :    Chapter 11
                                                                :
RANGER FABRICATION MANAGEMENT, :    Case No. 16-11565 (___)
LLC,                                                            :
                                                                :    Tax I.D. No. 47-1541015
1200 17th Street, Suite 2500, Denver,                           :
Colorado 80202                                                  :
                      Debtor.                                   :
                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                :
In re:                                                          :    Chapter 11
                                                                :
TRIANGLE USA PETROLEUM                                          :    Case No. 16-11566 (___)
CORPORATION,                                                    :
                                                                :    Tax I.D. No. 98-0550717
1200 17th Street, Suite 2500, Denver,                           :
Colorado 80202                                                  :
                      Debtor.                                   :
                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                :
In re:                                                          :    Chapter 11
                                                                :
FOXTROT RESOURCES LLC,                                          :    Case No. 16-11567 (___)
                                                                :
1200 17th Street, Suite 2500, Denver,                           :    Tax I.D. No. 45-1506690
Colorado 80202                                                  :
                      Debtor.                                   :
                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                :
In re:                                                          :    Chapter 11
                                                                :
LEAF MINERALS, LLC,                                             :    Case No. 16-11568 (___)
                                                                :
1200 17th Street, Suite 2500, Denver,                           :    Tax I.D. No. 27-4119522
Colorado 80202                                                  :
                      Debtor.                                   :
                                                                :

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                           :
In re:                                     :        Chapter 11
                                           :
RANGER FABRICATION MANAGEMENT  :        Case No. 16-11569 (___)
HOLDINGS, LLC,                             :
                                           :        Tax I.D. No.  47-1540750
1200 17th Street, Suite 2500, Denver,      :
Colorado 80202                             :
                   Debtor.                 :
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                           x
In re:                                     :
                                           :        Chapter 11
RANGER FABRICATION, LLC,                   :
                                           :        Case No. 16-11570 (___)
1200 17th Street, Suite 2500, Denver,      :
Colorado 80202                             :        Tax I.D. No. 47-1236889
                   Debtor.                 :
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - :
                                           x
```

**MOTION OF DEBTORS FOR ORDER (I) DIRECTING JOINT ADMINISTRATION OF
CASES UNDER BANKRUPTCY RULE 1015(b) AND LOCAL BANKRUPTCY RULE
1015-1 AND (II) WAIVING REQUIREMENTS OF BANKRUPTCY CODE SECTION
342(c)(1) AND BANKRUPTCY RULES 1005 AND 2002(n)**

Triangle USA Petroleum Corporation ("**TUSA**") and certain of its affiliates, the

debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**" and,

together with Triangle Petroleum and its non-debtor controlled affiliates and subsidiaries,

"**Triangle**" or the "**Company**"), hereby move (this "**Motion**") this Court for entry of an order

under Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**")

and Rule 1015-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the

District of Delaware (the "**Local Bankruptcy Rules**") providing for the joint administration of

the Debtors' separate Chapter 11 Cases (defined below) for procedural purposes only and

waiving the requirement that the captions in the Chapter 11 Cases list the Debtors' tax

2

identification numbers and addresses. In support of this Motion, the Debtors rely upon and incorporate by reference the *Declaration of John R. Castellano in Support of Chapter 11 Petitions and First Day Papers* (the "**First Day Declaration**"),[1] filed with the Court concurrently herewith. In further support of this Motion, the Debtors, by and through their undersigned proposed counsel, respectfully represent:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue of these cases and this Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

2.      The legal predicates for the relief requested herein are Bankruptcy Rule 1015(b) and Local Bankruptcy Rule 1015-1.

3.      Pursuant to Local Bankruptcy Rule 9013-1(f), the Debtors consent to the entry of a final judgment or order with respect to this Motion if it is determined that this Court would lack Article III jurisdiction to enter such final order or judgment absent the consent of the parties.

## BACKGROUND

4.      On the date hereof (the "**Petition Date**"), each of the Debtors commenced a case by filing a petition for relief under chapter 11 of the Bankruptcy Code (collectively, the "**Chapter 11 Cases**"). The Debtors have requested that the Chapter 11 Cases be jointly administered.

---

[1]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the First Day Declaration.

5.      The Debtors continue to manage and operate their business as debtors in possession pursuant to sections 1107 and 1108 of title 11 of the United States Code (the "**Bankruptcy Code**").

6.      To date, no creditors' committee has been appointed in the Chapter 11 Cases by the United States Trustee for the District of Delaware (the "**U.S. Trustee**"). No trustee or examiner has been appointed in the Chapter 11 Cases.

7.      TUSA and its Debtor subsidiaries comprise an independent, growth-oriented oil and gas exploration and development company emphasizing the acquisition and development of unconventional shale oil and natural gas resources in the Williston Basin of North Dakota and Montana. TUSA is a wholly owned subsidiary of Triangle Petroleum Corporation ("**TPC**"), a vertically integrated, independent energy company with three lines of business. In addition to TUSA's exploration and production business, TPC's wholly owned, non-Debtor subsidiary RockPile Energy Services, LLC and its affiliates provide oilfield services, focusing primarily on hydraulic pressure pumping and complementary services. Finally, TPC's joint venture, Caliber Midstream Partners, L.P., and its affiliates provide crude oil, natural gas, and fresh and produced water gathering, processing, and transportation services to TUSA and other customers in the Williston Basin. In addition to its three principal business lines, Triangle formerly operated a fabrication enterprise through Debtor Ranger Fabrication, LLC ("**Ranger**") and its subsidiaries. Ranger ceased operations in early 2016 and has commenced Chapter 11 Cases alongside its sister company, TUSA, in order to complete an orderly wind down.

8.      On June 29, 2016, the Debtors entered into a plan support agreement (the "**PSA**") with the holders (collectively, the "**Ad Hoc Noteholder Group**") of approximately 73% in aggregate principal amount of TUSA's 6.75% senior unsecured notes (the "**TUSA Notes**").

Pursuant to the PSA, the Ad Hoc Noteholder Group has agreed to support a pre-arranged chapter 11 plan under which the Debtors will substantially deleverage their balance sheets by, among other things, exchanging the TUSA Notes for equity interests in reorganized TUSA. To enhance liquidity and position the reorganized Debtors to capture growth opportunities as market conditions rebound, the PSA further contemplates a new-money rights offering backstopped by members of the Ad Hoc Noteholder Group. Triangle's business operations, corporate and capital structure, and restructuring efforts are described in greater detail in the First Day Declaration.

## RELIEF REQUESTED

9.      By this Motion, the Debtors seek entry of an order under Bankruptcy Rule 1015(b) and Local Bankruptcy Rule 1015-1 jointly administering the Chapter 11 Cases for procedural purposes only and waiving the requirement that the caption in the Chapter 11 Cases and certain notices list the Debtors' tax identification numbers.

10.     In furtherance of the foregoing, the Debtors request that the official caption to be used by all parties in all papers in the jointly administered cases be as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :

In re:                               :    Chapter 11
                                                  :

TRIANGLE USA PETROLEUM    :    Case No. 16-11566 (___)
CORPORATION, *et al.*,            :
                                                  :    Jointly Administered
                          Debtors.[1]    :
                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are: Triangle USA Petroleum Corporation (0717); Foxtrot Resources LLC (6690); Leaf Minerals, LLC (9522); Ranger Fabrication, LLC (6889); Ranger Fabrication Management, LLC (1015); and Ranger Fabrication Management Holdings,

*(cont'd)*

11.    In addition, the Debtors request that the Court make separate docket entries on the docket of each of the Chapter 11 Cases (except that of TUSA), substantially as follows:

> An order has been entered in this case consolidating this case with the case of Triangle USA Petroleum Corporation, Case No. 16-11566 (___), for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 16-11566 (___) should be consulted for all matters affecting this case.

## BASIS FOR RELIEF

12.    Bankruptcy Rule 1015(b) provides that, if two or more petitions are pending in the same court by or against a debtor and an affiliate, the court may order the joint administration of the estates of the debtor and such affiliates. All of the Debtors are direct or indirect wholly-owned subsidiaries of TPC. As such, each of the Debtors are "affiliates" as that term is defined in Bankruptcy Code section 101(2) and as used in Bankruptcy Rule 1015(b). Thus, joint administration of the Debtors' cases is appropriate under Bankruptcy Rule 1015(b) and Local Bankruptcy Rule 1015-1.

13.    Moreover, the joint administration of the Chapter 11 Cases will promote efficiency by permitting the Clerk of the Court to use a single general docket for the Debtors' cases and to combine notices to creditors and other parties in interest of the Debtors' respective estates. The Debtors anticipate that almost all of the papers, hearings, and orders in these cases will relate to all of the Debtors.

14.    Moreover, the use of the simplified caption set forth above will eliminate cumbersome and confusing procedures and ensure a uniformity of pleading identification.

---

*(cont'd from previous page)*
LLC (0750). The address of the Debtors' corporate headquarters is 1200 17th Street, Suite 2500, Denver, Colorado 80202.

15.     The rights of the respective creditors and stakeholders of each of the Debtors will not be adversely affected by joint administration of these cases because the relief sought is purely procedural and will not affect parties' substantive rights.

16.     An order of joint administration relates to the routine administration of a case and may be entered by the court in its discretion on an *ex parte* basis. *See* Del. Bankr. L.R. 1015-1. Indeed, the relief requested herein is commonly granted in this District. *See, e.g.*, *In re Ryckman Creek Res., LLC*, Case No. 16-10292 (KJC) (Bankr. D. Del. Feb. 3, 2016); *In re Millennium Lab Holdings II, LLC*, Case No. 15-12284 (LSS) (Bankr. D. Del. Nov. 12, 2015); *In re Standard Register Co.*, Case No. 15-10541 (BLS) (Bankr. D. Del. Mar. 13, 2015).[2]

## NOTICE

17.     Notice of this Motion will be given to: (a) the U.S. Trustee, (b) counsel to the RBL Agent, (c) counsel to the TUSA Unsecured Notes Trustee, (d) counsel to the Ad Hoc Noteholder Group, (e) counsel to Caliber, (f) the parties included on the Debtors' consolidated list of the 20 largest unsecured creditors, and (g) all parties entitled to notice pursuant to Local Bankruptcy Rule 9013-1(m). The Debtors submit that, under the circumstances, no other or further notice is required.

## NO PRIOR REQUEST

18.     No previous request for the relief sought herein has been made to this Court or any other court.

---

[2]     Because of the voluminous nature of the orders cited herein, they are not attached to this Motion, but are available on request.

**CONCLUSION**

The Debtors respectfully request that the Court enter an order, substantially in the form annexed hereto, granting the relief requested in this Motion and such other and further relief as may be just and proper.

Dated:  Wilmington, Delaware
         June 30, 2016

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Sarah E. Pierce*
Sarah E. Pierce (I.D. No. 4648)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

– and –

George N. Panagakis (*pro hac vice pending*)
Ron E. Meisler (*pro hac vice pending*)
Christopher M. Dressel (*pro hac vice pending*)
Renu P. Shah (*pro hac vice pending*)
155 N. Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Proposed Counsel for Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :
In re:                                                        :    Chapter 11
                                                              :
RANGER FABRICATION MANAGEMENT, :    Case No. 16-11565 (___)
LLC,                                                          :
                                                              :    Tax I.D. No. 47-1541015
1200 17th Street, Suite 2500, Denver,           :
Colorado 80202                                          :
                           Debtor.                        :
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :
In re:                                                        :    Chapter 11
                                                              :
TRIANGLE USA PETROLEUM                   :    Case No. 16-11566 (___)
CORPORATION,                                       :
                                                              :    Tax I.D. No. 98-0550717
1200 17th Street, Suite 2500, Denver,           :
Colorado 80202                                          :
                           Debtor.                        :
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :
In re:                                                        :    Chapter 11
                                                              :
FOXTROT RESOURCES LLC,                   :    Case No. 16-11567 (___)
                                                              :
1200 17th Street, Suite 2500, Denver,           :    Tax I.D. No. 45-1506690
Colorado 80202                                          :
                           Debtor.                        :
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                              :
In re:                                                        :    Chapter 11
                                                              :
LEAF MINERALS, LLC,                           :    Case No. 16-11568 (___)
                                                              :
1200 17th Street, Suite 2500, Denver,           :    Tax I.D. No. 27-4119522
Colorado 80202                                          :
                           Debtor.                        :
                                                              :

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re:                                    :      Chapter 11
                                          :
RANGER FABRICATION MANAGEMENT             :      Case No. 16-11569 (___)
HOLDINGS, LLC,                            :
                                          :      Tax I.D. No. 47-1540750
1200 17th Street, Suite 2500, Denver,     :
Colorado 80202                            :
                    Debtor.               :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          x
In re:                                    :
                                          :      Chapter 11
RANGER FABRICATION, LLC,                  :
                                          :      Case No. 16-11570 (___)
1200 17th Street, Suite 2500, Denver,     :
Colorado 80202                            :      Tax I.D. No. 47-1236889
                    Debtor.               :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
                                          x
```

## ORDER (I) DIRECTING JOINT ADMINISTRATION OF CASES UNDER BANKRUPTCY RULE 1015(b) AND LOCAL BANKRUPTCY RULE 1015-1 AND (II) WAIVING REQUIREMENTS OF BANKRUPTCY CODE SECTION 342(c)(1) AND BANKRUPTCY RULES 1005 AND 2002(n)

Upon the motion (the "**Motion**")[1] of the Debtors for entry of an order (the

"**Order**") under Bankruptcy Rule 1015(b) and Local Bankruptcy Rule 1015-1 (i) directing joint

administration of these cases and administratively consolidating the respective chapter 11 cases

of each Debtor for procedural purposes only and (ii) waiving the requirement that the captions in

the Chapter 11 Cases list the Debtors' tax identification numbers and certain other information;

and upon consideration of the First Day Declaration; and due and sufficient notice of the Motion

having been given under the particular circumstances; and it appearing that no other or further

notice is necessary; and it appearing that the relief requested in the Motion is in the best interests

---

[1]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2

of the Debtors, their estates, their creditors, and other parties in interest; and after due

deliberation thereon; and good and sufficient cause appearing therefor; it is hereby,

**ORDERED, ADJUDGED, AND DECREED that:**

1.      The Motion is GRANTED as set forth herein.

2.      Each of the above-captioned Chapter 11 Cases of the Debtors be, and hereby is,

jointly administered by the Court for procedural purposes only.

3.      The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                               :
In re:                                                         :      Chapter 11
                                                               :
TRIANGLE USA PETROLEUM                                         :      Case No. 16-11566 (____)
CORPORATION, *et al.*,                                         :
                                                               :      Jointly Administered
            Debtors.[1]                                        :
                                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

4.      Each motion, application, and notice shall be captioned as indicated in the

preceding decretal paragraph and all original docket entries shall be made in the case of Triangle

USA Petroleum Corporation, Case No. 16-11566 (____).

5.      A docket entry shall be made in each of the Chapter 11 Cases (except that of

TUSA) substantially as follows:

An order has been entered in this case consolidating this case with the case of
Triangle USA Petroleum Corporation, Case No. 16-11566 (____), for procedural

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are: Triangle USA Petroleum Corporation (0717); Foxtrot Resources LLC (6690); Leaf Minerals, LLC (9522); Ranger Fabrication, LLC (6889); Ranger Fabrication Management, LLC (1015); and Ranger Fabrication Management Holdings, LLC (0750). The address of the Debtors' corporate headquarters is 1200 17th Street, Suite 2500, Denver, Colorado 80202.

purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 16-11566 (___) should be consulted for all matters affecting this case.

6.       The Debtors are authorized and empowered to take all actions necessary to

implement the relief granted in this Order.

7.       This Court shall retain jurisdiction with respect to all matters arising from or

related to the implementation, interpretation, or enforcement of this Order.


Dated: Wilmington, Delaware

_____, 2016


_____
UNITED STATES BANKRUPTCY JUDGE

4