**<u>Exhibit A</u>**

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
*In re:* : Chapter 11
: 
**TRIANGLE USA PETROLUEM** : Case No. 16-11566 (MFW)
**CORPORATION,** *et al.,* :
: **(Jointly Administered)**
Debtors.[1] :
: Re: Docket No.
------------------------------------------------------------ x

### ORDER PURSUANT TO 11 U.S.C. § 362(d)(1) MODIFYING THE AUTOMATIC STAY

Upon the Motion, dated October 21, 2016 (the "**Motion**"),[2] of Caliber Measurement Services LLC, Caliber Midstream Fresh Water Partners LLC, and Caliber North Dakota LLC (together, "**Caliber**"), pursuant to section 362(d)(1) of the Bankruptcy Code, for entry of an order modifying the automatic stay to permit litigation of the North Dakota Action and any related appeals, all as more fully described in the Motion; and the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

1. The Motion is granted as set forth herein.

2. The automatic stay is hereby modified to the extent necessary to permit Caliber to adjudicate the North Dakota Action, including any related appeals, before a court of competent jurisdiction in North Dakota.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are: Triangle USA Petroleum Corporation (0717); Foxtrot Resources LLC (6690); Leaf Minerals, LLC (9522); Ranger Fabrication, LLC (6889); Ranger Fabrication Management, LLC (1015); and Ranger Fabrication Management Holdings, LLC (0750). The address of the Debtors' corporate headquarters is 1200 17th Street, Suite 2500, Denver, Colorado 80202.

[2] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

3. Relief from the automatic stay shall be effective immediately upon entry of this Order and the 14 day stay provided in Bankruptcy Rule 4001(a)(3) shall not apply.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: Wilmington, Delaware
_____, 2016

_____
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE